JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  EDCV 10-1540-JST (DTBx)            Date:  November 15, 2010
Title:  Canter International Riverside II, LLC v. Hisashi Ohara, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

   Ellen Matheson                                           N/A
    Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING CASE TO THE SUPERIOR COURT FOR THE COUNTY OF RIVERSIDE, CASE NO. MVC10004862**

     On October 14, 2010, the Court ordered the Defendants to show cause in writing by October 24, 2010 why this case should not be remanded for lack of jurisdiction. (Doc. 5.)  The Court stated that a failure to respond would result in remand. (*Id.*)  To date, the Court has not received a response from Defendants, and therefore REMANDS this case to the Superior Court for the County of Riverside, Case No. MVC10004862.

                                                                    Initials of Preparer:  enm

# NOTICE PARTY SERVICE LIST

**Case No.** State Court #MVC10004862     **Case Title**

**Title of Document**

| | | | |
|---|---|---|---|
| | ADR | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | Chief Deputy Admin | | US Marshal Service - Riverside (USMED) |
| | Chief Deputy Ops | | US Marshal Service -Santa Ana (USMSA) |
| | Clerk of Court | | US Probation Office (USPO) |
| | Death Penalty H/C (Law Clerks) | | US Trustee's Office |
| | Dep In Chg E Div | | Warden, San Quentin State Prison, CA |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | MDL Panel | | |
| | Ninth Circuit Court of Appeal, Clerk | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

*ADD NEW NOTICE PARTY*
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** _____